1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DAWN WHITTLE,                          Case No. 21-cv-0386-BAS-WVG

12                          Plaintiff,
                                            **ORDER GRANTING JOINT**
13         v.                               **MOTION TO DISMISS (ECF No. 19)**

14   UNUM LIFE INSURANCE COMPANY
     OF AMERICA,
15
                           Defendant.
16

17

18        Before the Court is the parties' joint motion to dismiss this action with prejudice

19   pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2).  (Mot., ECF No. 19.)

20   Plaintiff Dawn Whittle brought this action against Defendant Unum Life Insurance

21   Company of America on March 4, 2021 seeking disability benefits under the Employee

22   Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et. seq.* (Compl.,

23   ECF No. 1.)  Defendant answered the Complaint on April 30, 2021, denying the legal

24   claims against it.  (ECF No. 6.)  On December 8, 2021, the parties jointly moved to dismiss

25   this action in its entirety with prejudice.  (Mot. 1.)

26        "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's

27   request only by court order, on terms that the court considers proper."  Fed. R. Civ. P.

28   41(a)(2).  "The Ninth Circuit has long held that the decision to grant a voluntary dismissal

- 1 -

1   under Rule 41(a)(2) is addressed to the sound discretion of the [d]istrict [c]ourt[.]"
2   *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir. 1982) (citing, *inter*
3   *alia*, *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980); *Blue Mountain*
4   *Constr. Corp. v. Werner*, 270 F.2d 305, 306 (9th Cir. 1959), *cert. denied*, 361 U.S. 931
5   (1960)).  "A district court should grant a motion for dismissal under Rule 41(a)(2) unless
6   a defendant can show it will suffer some plain legal prejudice as a result." *Smith v. Lenches*,
7   263 F.3d 972, 975 (2001) (footnote omitted).  "Legal prejudice" is "prejudice to some legal
8   interest, some legal claim, [or] some legal argument." *Westlands Water Dist. v. United*
9   *States*, 100 F.3d 94, 97 (9th Cir. 1996).  A defendant is not said to suffer "legal prejudice"
10  from:  (1) "[u]ncertainty because a dispute remains unresolved" or the "threat of future
11  litigation"; (2) the inconvenience of having to defend itself in a different forum; or (3) a
12  plaintiff gaining a tactical advantage through dismissal.  *Smith*, 263 F.3d at 976 (citing
13  *Hamilton*, 679 F.2d at 145).

14       Because Defendant does not identify, nor does the Court find apparent, any legal
15  prejudice that might result from dismissal of this action with prejudice, the Court
16  **GRANTS** the Motion to dismiss the action with prejudice.  (ECF No. 19.)  The clerk of
17  court shall close this case.

18       **IT IS SO ORDERED.**

19

20  **DATED: December 8, 2021**

21                                                          Hon. Cynthia Bashant
                                                            United States District Judge

22

23

24

25

26

27

28

- 2 -